# EXHIBIT "A"

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

SANDY S. FRY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DARRYL W. FRY, JR., THE ESTATE OF DARRYL W. FRY, JR., AND DARRYL W. FRY

VS.

C.A. NO. WC07-0367

ROBIN S. SPEARS & SONS MASONRY LLC, Alias John Doe 1, ROBIN SPEARS, Alias John Doe 2, JEAN SPEARS, Alias MARY DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, AND JOHN DOE 7

## AMENDED COMPLAINT

## COUNT I

1. The plaintiff Sandy S. Fry is the duly appointed Administratrix of the Estate of Darryl W. Fry, Jr.

2. The plaintiffs Sandy S. Fry and Darryl W. Fry were the parents of Darryl W. Fry, Jr. who was an unemancipated minor at the time of his death.

3. The correct names of defendants Robin S. Spears & Sons Masonry LLC, Robin Spears and Jean Spears are not known. The defendants, John Doe 4, John Doe 5, John Doe 6 and John Doe 7 are persons or entities whose correct names are not known.

4. On or about June 27, 2004, Darryl W. Fry, Jr., a minor under the age of eighteen years, was lawfully on premises of the defendants Robin Spears, alias John Doe 2, and Jean Spears, alias Mary Doe 3, and/or John Doe 6, and/or John Doe 7 on Kings Factory Road in Charlestown, Rhode Island.

5. At said date and place the defendants, ROBIN S. SPEARS AND SONS, LLC, alias John Doe 1, hereinafter SPEARS LLC, and/or John Doe 4, and/or John Doe5 were the owner or owners, lessee or lessees or in control of equipment described as a tractor or

skid steer, which was being operated with their, his, her, or its consent, express and/or implied, by the defendant Robin Spears, alias John Doe 2.

6. At said date and place, the defendant Robin Spears, alias John Doe 2, was operating the equipment within the scope of his authority and/or employment with SPEARS LLC., and/or John Doe 4 and/or John Doe 5.

7. At said date and place, the defendant Robin Spears, alias John Doe 2, negligently operated the equipment so that it struck and ran over Darryl W. Fry, Jr.

8. As a result of the wrongful acts, neglect, and negligence of the defendants Robin Spears, alias John Doe 2, Spears LLC, John Doe 4 and/or John Doe 5, Darryl W. Fry, Jr., was injured, endured pain and suffering, and died.

9. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry incurred medical expenses for their minor son, Darryl W. Fry, Jr.

10. As a further result thereof, the plaintiffs Sandy S. Fry, Administratrix of the Estate of Darryl W. Fry, Jr., and the Estate of Darryl W. Fry, Jr. have suffered damages and are entitled to damages pursuant to R.I.G.L. §10-7-1 et seq.

11. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry have suffered the loss of the society and companionship of their minor son, Darryl W. Fry, Jr.

12. The amount in controversy is sufficient to confer jurisdiction on this court.

WHEREFORE, plaintiffs demand judgment against the defendants ROBIN S. SPEARS AND SONS MASONRY LLC, alias John Doe 1, Robin Spears, alias John Doe 2, John Doe 4 and John Doe 5 for compensatory damages, plus interest and costs.

COUNT II

1. Plaintiffs hereby incorporate by reference paragraphs 1-7 of Count I.

2. The defendants, SPEARS LLC, and/or John Doe 4 and/or John Doe 5 were or was negligent in the care, custody, control, and maintenance of the said equipment and in entrusting and/or permitting and allowing defendant Robin Spears, Alias John Doe 2, to operate and use the said equipment on or about June 27, 2004.

3. As a result of the wrongful acts, neglect, and negligence of Spears LLC, and/or John Doe 4 and/or John Doe 5, Darryl W. Fry, Jr. was injured, endured pain and suffering, and died.

4. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry incurred medical expenses for their minor son, Darryl W. Fry, Jr.

5. As a further result thereof, the plaintiffs Sandy S. Fry, Administratrix of the Estate of Darryl W. Fry, Jr., and the Estate of Darryl W. Fry, Jr. have suffered damages and are entitled to damages pursuant to R.I.G.L. § 10-7-1 et seq.

6. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry have suffered the loss of the society and companionship of their minor son, Darryl W. Fry, Jr.

7. The amount in controversy is sufficient to confer jurisdiction on this court.

WHEREFORE, plaintiffs demand judgment against the defendants, ROBIN S. SPEARS & SONS MASONRY LLC, alias John Doe 1, John Doe 4 and John Doe 5, for compensatory damages plus interest and costs.

COUNT III

1. Plaintiffs hereby incorporate by reference paragraphs 1-7 of Count I and paragraph 2 of Count II.

2. On or about June 27, 2004, the defendants Robin Spears, alias John Doe 2, and Jean Spears, alias Mary Doe 3 and/or John Doe 6 and/or John Doe 7, owned, possessed, leased, rented and/or were in control of premises on King's Factory Road, Charlestown, Rhode Island.

3. On or about June 27, 2004 Darryl W. Fry, Jr. was lawfully on the said premises of the defendants Robin Spears, alias John Doe 2, and Jean Spears, alias Mary Doe 3, and/or John Doe 6 and/or John Doe 7.

4. At said date and place the said defendants had a duty to keep the premises reasonably safe for persons such as Darryl W. Fry, Jr. reasonably expected to be on the premises and the defendants breached said duty.

5. The said defendants were negligent.

6. As a result of the wrongful acts, neglect, and negligence of the said defendants, Darryl W. Fry, Jr. was injured, endured pain and suffering, and died.

7. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry incurred medical expenses for their minor son, Darryl W. Fry, Jr.

8. As a further result thereof, the plaintiffs, Sandy S. Fry, Administratrix of the Estate of Darryl W. Fry, Jr., and the Estate of Darryl W. Fry, Jr., have suffered damages and are entitled to damages pursuant to R.I.G.L. § 10-7-1 et seq.

9. As a further result thereof, the plaintiffs Sandy S. Fry and Darryl W. Fry have suffered the loss of the society and companionship of their minor son, Darryl W. Fry, Jr.

10. The amount in controversy is sufficient to confer jurisdiction on this court.

WHEREFORE, plaintiffs demand judgment against the defendants Robin Spears, alias John Doe 2, and Jean Spears, alias Mary Doe 3, John Doe 6 and John Doe 7, for compensatory damages plus interest and costs.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Plaintiffs hereby request a trial by jury.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Dated: June 28, 2007