08 050

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON,
A SOCIETY OF CORPORATE AND INDIVIDUAL
MEMBERS SUBSCRIBING TO POLICY NO. HO 01420

VS. C. A. NO. 08-CV-00111-ML

ROBIN S. SPEARS, JEAN SPEARS, SANDY S. FRY,
INDIVIDUALLY AND AD ADMINISTRATRIX OF THE
ESTATE OF DARRYL W. FRY, JR., THE ESTATE
OF DARRYL W. FRAY, JR., DARRYL W, FRY, SR.,
AND ROBIN S. SPEARS & SONS MASONRY, LLC.

**ANSWER OF DEFENDANTS, SANDY S. FRY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DARRYL W. FRY, JR., THE ESTATE OF DARRYL W. FRY, JR., AND DARRYL W. FRY, SR., TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

The defendants, Sandy S. Fry, Individually and as Administratrix of the Estate of Darryl W. Fry, Jr., the Estate of Darryl W. Fry, Jr., and Darryl W. Fry, Sr., to plaintiff's first amended complaint hereby state the following:

NATURE OF ACTION

Said defendants neither admit nor deny the allegations contained in paragraph 1.

JURISDICTION AND VENUE

Said defendants deny the allegations contained in paragraph 2.

Said defendants neither admit nor deny the allegations contained in paragraph 3.

PARTIES

Said defendants neither admit nor deny the allegations contained in paragraphs 4, 8 and 9.

Said defendants admit the allegations contained in paragraphs 5, 6 and 7.

BACKGROUND

Said defendants deny the allegations contained in paragraphs 10, 17, 18, 19 and 20.

Said defendant neither admit nor deny the allegations contained in paragraphs 11 and 14.

Said defendants admit the allegations contained in paragraphs 13, 15 and 16.

Said defendants admit so much of paragraph 12 which states that the equipment operated by Robin S. Spears and involved in the death of Darryl W. Fry, Jr., was owned by Robin S. Spears & Sons Masonry LLC and denies the remaining allegations contained in paragraph 2.

COUNT I

Said defendants hereby incorporate by reference their answers to paragraphs 1 through 20.

Said defendants deny the allegations contained in paragraphs 22, 23, 24 and 25.

COUNT II

Said defendants hereby incorporate by reference their answers to paragraphs 1 through 25.

Said defendants deny the allegations contained in paragraphs 27, 28 and 29.

COUNT III

Said defendants hereby incorporate by reference their answers to paragraphs 1 through 29.

Said defendants deny the allegations contained in paragraphs 31, 32 and 33.

COUNT IV

Said defendants hereby incorporate by reference with answers to paragraphs 1 through 33.

Said defendants deny the allegations contained in paragraphs 35 and 36.

Wherefore, said defendants request this Court to declare and determine the defendants, Robin Spears, Jean Spears and Darryl W. Fry, Jr., were covered under the policy issued by the plaintiff for the claims being made against them.

/S/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN

Said defendants hereby request a trial by jury as to all issues so triable.

/S/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**
To:
Thomas B. Farrey, III, Esq.
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, MA 01608
tfarrey@burnsandfarrey.com

Dated: April 29, 2008 /s/ Thomas C. Plunkett