UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON,
et al.

VS. C.A. NO.: 08-CV-00111-ML

ROBIN S. SPEARS, JEAN SPEARS,
SANDY S. FRY, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE
ESTATE OF DARRYL W. FRY, JR.,
THE ESTATE OF DARRYL W. FRY, JR.,
AND DARRYL W. FRY, SR. and ROBIN S.
SPEARS MASONRY, LLC

**ANSWER OF ROBIN S. SPEARS and JEAN SPEARS**

Defendants admit that they are residents of the Town of Charlestown and that they have been sued for the wrongful death of Darryl Fry, Jr. Defendants also admit that they were covered under a policy of homeowners' insurance issued by the Plaintiff at the time of the event. Defendants deny each and every allegation in Plaintiff's Complaint regarding issues of coverage. Defendants hereby seek a declaration from this court that they were covered under a policy of insurance issued by the Plaintiffs for those claims made against them set forth in Fry v. Spears, Washington County (RI) Superior Court C.A. No. WC 07-0367.

Defendants,
ROBIN SPEARS and JEAN

Robin Spears, pro se

Jean Spears, pro se
47A Kings Factory Road
Charlestown, RI 02813

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to the undersigned, on this 9th day of May, 2008

Thomas W. Farrey, III, Esquire
Burns & Farrey
446 Main Street
Worcester, Massachusetts 01608

Thomas C. Plunkett, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, Rhode Island 02903

Clerk's Office
US District Court, District RI
One Exchange Terrace
Providence, RI 02903

________________________________