AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Certain Underwriters of Lloyd's

V.

Robin S. Spears, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: #08-CV-00111-ML

TO: (Name and address of Defendant)

Robin S. Spears
47A Kings Factory Road
Charlestown, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas B. Farrey, III, Esquire
Burns & Farrey
446 Main Street
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

CLERK

April 9, 2008
DATE

(By) DEPUTY CLERK

X Lance Spears

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/19/08 |
|---|---|
| NAME OF SERVER (PRINT) Edward Hathaway | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left LANCE SPEARS (SON)

☐ Returned unexecuted:

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 4/19/08
Date

Edward Hathaway #6069
Signature of Server

134 ARDWAY AVE. WARWICK R.I.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure