# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**Date of Notice: May 20, 2008**

**Attorneys** : Thomas Farrey, III, Thomas Plunkett, Robin Spears and Jean Spears (Pro Se)

**Re: CA08-111ML Certain Underwriters of Lloyd's v. Spears, et al.**

Dear Counselors:

A pretrial conference regarding the above case will be held on **June 18, 2008 at 2:00 p.m.** before Magistrate Judge Almond in Courtroom A, John O. Pastore Federal Building, Two Exchange Terrace, Providence RI. In order to facilitate an informed discussion of the merits of the case and the prospects for settlement, all counsel are required to confer prior to that time for the following purposes:

1. Exchanging relevant information and documents.

2. Identifying the facts that are in dispute.

3. Identifying the legal issues.

4. Identifying as precisely as possible the nature of the discovery contemplated by each party.

5. Exploring the possibility of settlement before substantial expenditures of time and money are made.

6. Possible referral to ADR (Alternative Dispute Resolution); (see attached Summary)

**In addition, ONE (1) week PRIOR TO THE CONFERENCE, counsel for each party asserting a claim (including a counterclaim and/or cross claim) shall deliver to the Court and opposing counsel a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.**

**Trial counsel** must attend the conference and should be prepared to discuss each of the aforementioned subjects.

**PLEASE NOTIFY THE DEPUTY CLERK LISTED BELOW WHETHER ANY COUNSEL IS OMITTED FROM ABOVE LIST.**

Sincerely,

**LINCOLN D. ALMOND**
United States Magistrate Judge

By: *Jeannine Noel*
Jeannine Noel
752-7217