**UNITED STATES DISTRICT COURT**
DISTRICT OF RHODE ISLAND
Docket #08-CV-00111-ML

CERTAIN UNDERWRITERS OF LLOYD’S, LONDON, A SOCIETY OF CORPORATE AND INDIVIDUAL MEMBERS SUBSCRIBING TO POLICY # HO 01420
Plaintiff,

*vs*.

ROBIN S. SPEARS,
JEAN SPEARS,
SANDY S. FRY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DARRYL W. FRY, JR.,
THE ESTATE OF DARRYL W. FRY, JR.,
DARRYL W. FRY, SR. and
ROBIN S. SPEARS & SONS MASONRY, LLC.
Defendants.

***PARTIALLY* ASSENTED-TO MOTION TO EXTEND RULE 16 CONFERENCE**

NOW COME the undersigned and respectfully move that this Honorable Court extend the Rule 16 Conference, which is currently scheduled for August 19, 2008, to September 18, 2008, or some date thereafter at the convenience of the Court.

In support thereof, the undersigned state as follows:

1. An Amended Complaint requesting a declaratory judgment pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. Pro. 57, was filed in this Court by certain Underwriters of Lloyd’s, London, A Society of Corporate and Individual Members Subscribing to Policy # HO 01420 (hereinafter “Underwriters”) on April 1, 2008 (hereinafter “instant action”).

2. The Defendants have asserted that Underwriters owe defense and/or indemnity obligations to them for claims made in connection with civil action entitled Sandy S. Fry, Individually And As Administratrix Of

The Estate Of Darryl W. Fry, Jr., The Estate Of Darryl W. Fry, Jr. and Darryl W. Fry vs. Robin S. Spears & Sons Masonry LLC, Alias John Doe 1, Robin Spears, Alias John Doe 2, Jean Spears, Alias Mary Doe 3, John Doe 4, John Doe 5, John Doe 6 and John Doe 7, filed in Washington County Superior Court, State of Rhode Island (docket # WC07-0367) (hereinafter "underlying action"). The Plaintiffs in the underlying action seek recovery for the death of Darryl W. Fry, Jr.

3. The parties have come to a settlement agreement in the underlying action and are actively working on executing settlement documents.

4. In furtherance of the settlement, the Plaintiffs in the underlying action filed a Miscellaneous Petition to Compromise a Claim in the Charlestown Probate Court. After hearing, it was allowed and a decree entered.

5. The Plaintiffs in the underlying action have executed a Release.

6. Attorney Thomas Plunkett, on behalf of Sandy S. Fry, Individually And As Administratrix Of The Estate Of Darryl W. Fry, Jr., The Estate Of Darryl W. Fry, Jr. and Darryl W. Fry, Sr., has signed a Stipulation of Dismissal relative to the instant action.

7. Said Stipulation of Dismissal was forwarded to Robin S. Spears and Jean Spears on July 15, 2008, for signature.

8. Upon return of the Stipulation of Dismissal, it shall be filed with the Court.

9. A Rule 16 Conference is currently scheduled in the instant action on August 19, 2008, at 10:00 a.m. The Rule 16 Conference memorandum is due July 18, 2008.

WHEREFORE, for the foregoing reasons the undersigned respectfully request this Honorable Court allow this motion and extend the Rule 16 Conference to September 18, 2008, or some date thereafter at the convenience of the Court.

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON,
A SOCIETY OF CORPORATE AND INDIVIDUAL
MEMBERS SUBSCRIBING TO POLICY # HO 01420
By Its Attorneys:

*/s/ Thomas B. Farrey, III*

Thomas B. Farrey, III / #6457
Burns & Farrey
446 Main Street, 22nd floor
Worcester, MA 01608
Tel. (508) 756-6288
Fax (508) 831-9769
farrey@burnsandfarrey.com

SANDY S. FRY, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF
DARRYL W. FRY, JR., THE ESTATE OF
DARRYL W. FRY, JR. and DARRYL W. FRY, SR.
By Their Attorneys:

*/s/ Thomas C. Plunkett*

Thomas C. Plunkett / # 1662
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, R.I. 02903
Tel. (401) 831-2900
Fax (401) 331-7123
tplunkett@kprlaw.com

CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III, do hereby swear and certify that on this date, July 16, 2008, as required by Fed. R. Civ. Pro. 5(d), I have served the enclosed "*Partially Assented-To Motion To Extend Rule 16 Conference*" on each party to the above proceeding, or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above document in the United States mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:

Thomas C. Plunkett, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, R.I. 02903;
tplunkett@kprlaw.com

Mr. Robin Spears
47A Kings Factory Road
Charlestown, R.I. 02813; and,

Mrs. Jean Spears
47A Kings Factory Road
Charlestown, R.I. 02813.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Thomas B. Farrey, III
Dated: July 18, 2008 THOMAS B. FARREY, III

TJS/lo-3/cp#199