**UNITED STATES DISTRICT COURT**
DISTRICT OF RHODE ISLAND

Docket #08-CV-00111-ML

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON, )
A SOCIETY OF CORPORATE AND INDIVIDUAL )
MEMBERS SUBSCRIBING TO POLICY # HO 01420 )
Plaintiff, )
)
*vs*. )
)
ROBIN S. SPEARS, )
JEAN SPEARS, )
SANDY S. FRY, INDIVIDUALLY AND AS )
ADMINISTRATRIX OF THE ESTATE OF )
DARRYL W. FRY, JR., )
THE ESTATE OF DARRYL W. FRY, JR., )
DARRYL W. FRY, SR. and )
ROBIN S. SPEARS & SONS MASONRY, LLC. )
Defendants. )

**STIPULATION OF DISMISSAL**

The parties in the above entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii) hereby stipulate that said action be dismissed with prejudice, without costs or attorneys fees and waiving all rights of appeal.

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON,
A SOCIETY OF CORPORATE AND INDIVIDUAL
MEMBERS SUBSCRIBING TO POLICY # HO 01420
By Its Attorneys:

Thomas B. Farrey, III / #6457
Burns & Farrey
446 Main Street, 22nd floor
Worcester, MA 01608
Tel. (508) 756-6288
Fax (508) 831-9769
farrey@burnsandfarrey.com

SANDY S. FRY, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF
DARRYL W. FRY, JR., THE ESTATE OF
DARRYL W. FRY, JR. and DARRYL W. FRY, SR.
By Their Attorneys:

Thomas C. Plunkett / HCB

Thomas C. Plunkett / # 1662
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, R.I. 02903
Tel. (401) 831-2900
Fax (401) 331-7123
tplunkett@kprlaw.com

ROBIN S. SPEARS:

Robin S. Spears

Robin S. Spears
47A Kings Factory Road
Charlestown, R.I. 02813

JEAN SPEARS:

Jean Spears

Jean Spears
47A Kings Factory Road
Charlestown, R.I. 02813

TJS/lo-3/cp#197